# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EIAD ODEH | * | CIVIL ACTION NO. 3:14-cv-00793 |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE: |
| | * | Richard L. Bourgeois, Jr. |
| CITY OF BATON ROUGE/PARISH OF EAST ROUGE | * | |
| | * | JUDGE: James J. Brady |

## FINAL AFFIDAVIT OF SETTLEMENT EFFORTS

Pursuant to U.S.C. 28 Sec. 1746, I, Victor R. Farrugia, submit the following declaration. I have personal knowledge of following events that are related to this case:

1. I contacted Magistrate Judge Bourgeois on December 7, 2016 and got several dates that he could conduct a settlement conference. I have had very good results with Magistrate Judge Bourgeois in the past. He was able to settle a case that had failed to settle with a mediation conducted by John Perry.

2. Mr. Murphy said that his client would not agree to a settlement conference without an offer to settle from my client.

3. My client submitted an offer to settle the case to Mr. Murphy on December 14, 2016.

4. Mr. Murphy has not submitted a counteroffer to the Plaintiff. Mr. Murphy stated that his client would not attend a settlement conference.

5. Although Plaintiff received no counteroffer from Defendant and although the Defendant refused to attend a settlement conference, the Plaintiff, submitted another settlement offer today to Defendant. This second settlement offer was slightly lower than the Plaintiff's first offer to settle.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30th day of December, 2016.

*/s/ Victor R. Farrugia*
VICTOR R. FARRUGIA, #19324
Farrugia Law Firm, LLC
1340 Poydras St., Suite 2100
New Orleans, LA 70112
Telephone: (504) 525-0250
Email: vfarrugia@farrugialawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December 2016, the above pleading was electronically filed with the Clerk of Court using the ECF system and, via that system, was delivered to all counsel of record via email.

*/s/ Victor R. Farrugia*
VICTOR R. FARRUGIA