UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EIAD ODEH | CIVIL ACTION NO.: 3:14-cv-00793 |
| VERSUS | JUDGE: JAMES J. BRADY |
| CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE | MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |

**AFFIDAVIT OF SETTLEMENT EFFORTS**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**SUNNY MAYHALL WEST**

a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana, who, after being first duly sworn, testified upon personal knowledge as follows:

1. Appearer is counsel for Defendant, the City of Baton Rouge/Parish of East Baton Rouge ("City-Parish"), in the above-captioned suit.

2. This affidavit is submitted pursuant to the Court's Scheduling Order issued May 24, 2016 [Rec.Doc. 114].

3. On December 14, 2016, at 5:53 a.m., counsel for Plaintiff, Eiad Odeh, tendered an offer via email to settle all claims asserted against the City-Parish, including attorney fees.

3. Counsel for the City-Parish conveyed that offer to the City-Parish.

4. Plaintiff's offer was so unreasonable that it was clear that no counteroffer would be successful. Plaintiff's offer was rejected.

1

1436131.1

5.  On December 30, 2016 at 12:39 p.m., counsel for Plaintiff tendered another offer (via email), which was equally as outrageous as the prior offer. The City-Parish does not anticipate providing a counteroffer to that offer due to the wide discrepancy between the parties' positions.

The information contained herein is based on her personal knowledge.

_____
SUNNY MAYHALL WEST

Sworn to and subscribed before me, this 30th day of December, 2016.

_____
Jacob Roussel
Notary Public, La. Bar Roll **34743**
My Commission is for Life

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EIAD ODEH | * | CIVIL ACTION NO.: 3:14-cv-00793 |
| VERSUS | * | JUDGE: JAMES J. BRADY |
| CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE | * | MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing was filed using the court's CM/ECF electronic filing system which will send notice to all counsel of record.

Baton Rouge, Louisiana, this 30th day of December, 2016.

*s/ Sunny Mayhall West*
Sunny Mayhall West

3

1436131.1